**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jacintha L. Geborde<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7250<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–25085–SLM | |

## Order of Discharge                                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jacintha L. Geborde
aka Jacinth Geborde

11/6/19                                                          **By the court:**   Stacey L. Meisel
                                                                                                    United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-25085-SLM
Jacintha L. Geborde                                                     Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 3          Date Rcvd: Nov 07, 2019
                              Form ID: 318             Total Noticed: 70

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2019.
db              +Jacintha L. Geborde,    17 Spruce Tree Lane,    Randolph, NJ 07869-3732
518389847       +Deptartment Store National Bank/Macy's,    Attn: Bankruptcy,    9111 Duke Boulevard,
                 Mason, OH 45040-8999
518389848       +Deptartment Store National Bank/Macy's,    PO Box 8218,    Mason, OH 45040-8218
518389859       +Kohls/Capital One,    Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
518389863       +Macy's,    PO Box 78008,    Phoenix, AZ 85062-8008
518389865       +Macy's Visa,    PO Box 9001108,    Louisville, KY 40290-1108
518389870       +PNC,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
518389874       +PNC Bank,    Consumer Loan Center,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4704
518389872       +PNC Bank,    PO Box 3180,    Pittsburgh, PA 15230-3180
518389871       +PNC Bank,    Attn: Bankruptcy Department,    PO Box 94982,    Cleveland, OH 44101-4982
518389873        PNC Bank,    PO Box 15397,    Wilmington, DE 19886-5397
518389877       +PNC Bank,    PO Box 8832,    Wilmington, DE 19899-8832
518389875       +PNC Bank,    Attn: Customer Service,    PO Box 609,    Pittsburgh, PA 15230-0609
518389883       +Sears Credit Card,    PO Box 78051,    Phoenix, AZ 85062-8051
518389889       +Synchrony Bank,    PO Box 30253,    Salt Lake City, UT 84130-0253

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Nov 08 2019 00:06:58      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 08 2019 00:06:56      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518389830        EDI: CAPITALONE.COM Nov 08 2019 04:28:00      Capital One, NA,    Bankruptcy Dept.,    PO Box 5155,
                 Norcross, GA 30091
518389881        EDI: SEARS.COM Nov 08 2019 04:28:00      Sears,    PO Box 183082,    Columbus, OH 43218
518389828       +EDI: CAPITALONE.COM Nov 08 2019 04:28:00      Capital One Bank,    PO Box 70884,
                 Charlotte, NC 28272-0884
518389829       +EDI: CAPITALONE.COM Nov 08 2019 04:28:00      Capital One Bank ( USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
518389831       +EDI: CAPITALONE.COM Nov 08 2019 04:28:00      Capital One, NA,    Capital One Bank (USA) N.A.,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
518389832       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Nov 08 2019 00:03:35      Cardworks Servicing,
                 PO Box 9201,    Old Bethpage, NY 11804-9001
518389835       +EDI: CITICORP.COM Nov 08 2019 04:28:00      Citibank,    PO Box 6500,
                 Sioux Falls, SD 57117-6500
518389836       +EDI: CITICORP.COM Nov 08 2019 04:28:00      Citibank,    PO Box 6062,
                 Sioux Falls, SD 57117-6062
518389837        EDI: CITICORP.COM Nov 08 2019 04:28:00      Citibank,    PO Box 6077,
                 Sioux Falls, SD 57117-6077
518389834       +EDI: CITICORP.COM Nov 08 2019 04:28:00      Citibank,    PO Box 6217,
                 Sioux Falls, SD 57117-6217
518389833       +EDI: CITICORP.COM Nov 08 2019 04:28:00      Citibank,    Centralized Bankruptcy,    PO Box 790034,
                 St Louis, MO 63179-0034
518389838       +EDI: CITICORP.COM Nov 08 2019 04:28:00      Citicards,    PO Box 6500,
                 Sioux Falls, SD 57117-6500
518389839       +EDI: WFNNB.COM Nov 08 2019 04:28:00      Comenity,    PO Box 183003,    Columbus, OH 43218-3003
518389840       +EDI: WFNNB.COM Nov 08 2019 04:28:00      Comenity Bank,    Attn: Bankruptcy,    PO Box 182125,
                 Columbus, OH 43218-2125
518389842       +EDI: WFNNB.COM Nov 08 2019 04:28:00      Comenity Bank,    Attention: Bankruptcy,    PO Box 182686,
                 Columbus, OH 43218-2686
518389841       +EDI: WFNNB.COM Nov 08 2019 04:28:00      Comenity Bank,    PO Box 182789,
                 Columbus, OH 43218-2789
518389843       +EDI: CRFRSTNA.COM Nov 08 2019 04:23:00      Credit First , NA,    6275 Eastland Road,
                 Brookpark, OH 44142-1399
518389845       +EDI: CRFRSTNA.COM Nov 08 2019 04:23:00      Credit First National Association,    PO Box 81315,
                 Cleveland, OH 44181-0315
518389844       +EDI: CRFRSTNA.COM Nov 08 2019 04:23:00      Credit First National Association,
                 Attn: Bankruptcy,    PO Box 81315,    Cleveland, OH 44181-0315
518389846        EDI: CRFRSTNA.COM Nov 08 2019 04:23:00      Credit First, N.A.,    PO Box 81344,
                 Cleveland, OH 44188-0344
518389851        EDI: DISCOVER.COM Nov 08 2019 04:28:00      Discover,    PO Box 30943,    Salt Lake City, UT 84130
518389852        EDI: DISCOVER.COM Nov 08 2019 04:28:00      Discover,    PO Box 30957,    Salt Lake City, UT 84130
518389854       +EDI: DISCOVER.COM Nov 08 2019 04:28:00      Discover Financial,    Attn: Bankruptcy Department,
                 PO Box 15316,    Wilmington, DE 19850
518389855        EDI: DISCOVER.COM Nov 08 2019 04:28:00      Discover Financial,    Po Box 15316,
                 Wilmington, DE 19850
518389849        EDI: DISCOVER.COM Nov 08 2019 04:28:00      Discover,    PO Box 5044,    Sandy, UT 84091-5044
518389850        EDI: DISCOVER.COM Nov 08 2019 04:28:00      Discover,    PO Box 5019,    Sandy, UT 84091-5019
518389853       +EDI: DISCOVER.COM Nov 08 2019 04:28:00      Discover,    PO Box 30423,
                 Salt Lake City, UT 84130-0423
518389856       +E-mail/Text: BKRMailOPS@weltman.com Nov 08 2019 00:06:32      Jared Galleria of Jewlery,
                 PO Box 740425,    Cincinnati, OH 45274-0425

```
District/off: 0312-2          User: admin              Page 2 of 3            Date Rcvd: Nov 07, 2019
                              Form ID: 318             Total Noticed: 70


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518389858      +E-mail/Text: bncnotices@becket-lee.com Nov 08 2019 00:06:07      Kohl's,    PO Box 3084,
                 Milwaukee, WI 53201-3084
518389857      +E-mail/Text: bncnotices@becket-lee.com Nov 08 2019 00:06:07      Kohl's,    PO Box 2983,
                 Milwaukee, WI 53201-2983
518389860      +E-mail/Text: bncnotices@becket-lee.com Nov 08 2019 00:06:07      Kohls/Capital One,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
518389862       EDI: TSYS2.COM Nov 08 2019 04:28:00      Macy's,    P.O. Box 4564,    Carol Stream, IL 60197-4564
518389861      +EDI: TSYS2.COM Nov 08 2019 04:28:00      Macy's,    9111 Duke Blvd.,    Mason, OH 45040-8999
518389864      +EDI: TSYS2.COM Nov 08 2019 04:28:00      Macy's Bankruptcy,    PO Box 8053,
                 Mason, OH 45040-8053
518389867      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Nov 08 2019 00:01:17       Merrick Bank,
                 PO Box 660702,    Dallas, TX 75266-0702
518389866      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Nov 08 2019 00:02:26       Merrick Bank,
                 PO Box 9201,    Old Bethpage, NY 11804-9001
518389868      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Nov 08 2019 00:01:23
                 Merrick Bank/CardWorks,    Attn: Bankruptcy,    P0 Box 9201,    Old Bethpage, NY 11804-9001
518389869      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Nov 08 2019 00:01:20
                 Merrick Bank/CardWorks,    Po Box 9201,    Old Bethpage, NY 11804-9001
518389876      +EDI: BANKAMER.COM Nov 08 2019 04:28:00       PNC Bank,    PO Box 15137,
                 Wilmington, DE 19886-5137
518389878      +E-mail/Text: bankruptcyteam@quickenloans.com Nov 08 2019 00:07:10       Quicken Loans,
                 Attn: Bankruptcy,    1050 Woodward Avenue,    Detroit, MI 48226-1906
518389879      +E-mail/Text: bankruptcyteam@quickenloans.com Nov 08 2019 00:07:10       Quicken Loans,
                 1050 Woodward Avenue,    Detroit, MI 48226-1906
518389882      +EDI: SEARS.COM Nov 08 2019 04:28:00      Sears Credit Card,    PO Box 183082,
                 Columbus, OH 43218-3082
518389884      +EDI: SEARS.COM Nov 08 2019 04:28:00      Sears Credit Card,    PO Box 6282,
                 Sioux Falls, SD 57117-6282
518389885      +E-mail/Text: BKRMailOPS@weltman.com Nov 08 2019 00:06:33      Sterling Jewelers,
                 Attn: Bankruptcy,    375 Ghent Road,    Akron, OH 44333-4601
518389886      +E-mail/Text: BKRMailOPS@weltman.com Nov 08 2019 00:06:33      Sterling Jewelers/Jared,
                 375 Ghent Road,    Fairlawn, OH 44333-4601
518389887      +EDI: RMSC.COM Nov 08 2019 04:28:00      Synchrony Bank,    Attn: Bankruptcy,    P0 Box 965060,
                 Orlando, FL 32896-5060
518389893      +EDI: RMSC.COM Nov 08 2019 04:28:00      Synchrony Bank,    PO Box 530927,
                 Atlanta, GA 30353-0927
518389892      +EDI: RMSC.COM Nov 08 2019 04:28:00      Synchrony Bank,    PO Box 960013,
                 Orlando, FL 32896-0013
518389888      +EDI: RMSC.COM Nov 08 2019 04:28:00      Synchrony Bank,    P0 Box 965015,
                 Orlando, FL 32896-5015
518389894      +EDI: RMSC.COM Nov 08 2019 04:28:00      Synchrony Bank/Walmart,    Attn: Bankruptcy,
                 P0 Box 965060,    Orlando, FL 32896-5060
518389895      +EDI: RMSC.COM Nov 08 2019 04:28:00      Synchrony Bank/Walmart,    P0 Box 965024,
                 Orlando, FL 32896-5024
518389896       EDI: TDBANKNORTH.COM Nov 08 2019 04:28:00       TD Bank,    PO Box 8400,    Lewiston, ME 04243
518389897       EDI: TDBANKNORTH.COM Nov 08 2019 04:28:00       TD Banknorth,    Operations Center,    P0 Box 1377,
                 Lewiston, ME 04243
                                                                                              TOTAL: 55

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518389880*     +Quicken Loans Inc.,    Attn: Bankruptcy,    1050 Woodward Avenue,    Detroit, MI 48226-1906
518389891*     +Synchrony Bank,    P0 Box 965015,    Orlando, FL 32896-5015
518389890*     +Synchrony Bank,    Po Box 965015,    Orlando, FL 32896-5015
                                                                                   TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2019                                      Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 3 of 3              Date Rcvd: Nov 07, 2019
                              Form ID: 318             Total Noticed: 70
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2019 at the address(es) listed below:

```
              David    Wolff    dwtrustee@verizon.net,   NJ50@ecfcbis.com
              Herbert B. Raymond    on behalf of Debtor Jacintha L. Geborde herbertraymond@gmail.com,
               raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
               ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
               ls789@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor   Quicken Loans Inc. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```